**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF FLORIDA, PENSACOLA DIVISION

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | **Stephen** First name **L.** Middle name **Jernigan** Last name and Suffix (Sr., Jr., II, III) | First name Middle name Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** Include your married or maiden names. | | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-3703 | |

Debtor 1  __Stephen L. Jernigan__                                   Case number *(if known)* _____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years** <br><br> Include trade names and *doing business as* names | ■ I have not used any business name or EINs. <br><br> Business name(s) <br><br> EINs | ☐ I have not used any business name or EINs. <br><br> Business name(s) <br><br> EINs |
| **5. Where you live** | **1886 Schnoor Road** <br> **Jay, FL 32565** <br> Number, Street, City, State & ZIP Code <br><br> **Santa Rosa** <br> County <br><br> **If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.** <br><br><br> Number, P.O. Box, Street, City, State & ZIP Code | If Debtor 2 lives at a different address: <br><br><br> Number, Street, City, State & ZIP Code <br><br> County <br><br> **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address. <br><br><br> Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:* <br><br> ■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. <br><br> ☐ I have another reason. <br> Explain. (See 28 U.S.C. § 1408.) | *Check one:* <br><br> ☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. <br><br> ☐ I have another reason. <br> Explain. (See 28 U.S.C. § 1408.) |

Debtor 1    **Stephen L. Jernigan**                                          Case number (if known) _____

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8.** **How you will pay the fee**

■ I will pay the entire fee when I file my petition. Please check with the clerk's office in your local court for more details about how you pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ I need to pay the fee in installments. If you choose this option, sign and attach the Application for Individuals to Pay The Filing Fee in Installments (Official Form 103A).

☐ I request that my fee be waived (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments. If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |
| | District | _____ | When | _____ | Case number | _____ |
| | District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No

☐ Yes.

| | Debtor | | | Relationship to you | |
|---|---|---|---|---|---|
| | Debtor | _____ | | Relationship to you | _____ |
| | District | _____ | When _____ | Case number, if known | _____ |
| | Debtor | _____ | | Relationship to you | _____ |
| | District | _____ | When _____ | Case number, if known | _____ |

**11.** **Do you rent your residence?**

■ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you?

☐    No. Go to line 12.

☐    Yes. Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1 __Stephen L. Jernigan__        Case number *(if known)* _____

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

☑ **No.** Go to Part 4.

☐ **Yes.** Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

Name of business, if any

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).*

☐ **No.** I am not filing under Chapter 11.

☑ **No.** I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ **Yes.** I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ **No.**

☐ **Yes.** What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____

Number, Street, City, State & Zip Code

Debtor 1   **Stephen L. Jernigan**                                     Case number *(if known)* _____

**Part 5:   Explain Your Efforts to Receive a Briefing About Credit Counseling**

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**16. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ I am not required to receive a briefing about credit counseling because of:

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ I am not required to receive a briefing about credit counseling because of:

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **Stephen L. Jernigan**                                          Case number *(if known)*

**16. What kind of debts do you have?**

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

**17. Are you filing under Chapter 7?**

■ No.    I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case, can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

_____              _____
Stephen L. Jernigan                                            Signature of Debtor 2
Signature of Debtor 1

Executed on  11 / 21 / 2018                              Executed on  _____
            MM / DD / YYYY                                                        MM / DD / YYYY

Debtor 1  **Stephen L. Jernigan**

Case number *(if known)*

| For your attorney, if you are represented by one | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |

**If you are not represented by an attorney, you do not need to file this page.**

Signature of Attorney for Debtor

Date   11/21/18
MM / DD / YYYY

**Jodi Daniel Dubose**
Printed name

**Stichter, Riedel, Blain & Postler, P.A.**
Firm name

**41 N. Jefferson St., Suite 111**
**Pensacola, FL 32502**
Number, Street, City, State & ZIP Code

Contact phone  **850-637-1836**         Email address

**052651 - Florida FL**
Bar number & State

**Fill in this information to identify your case:**

Debtor 1    **Stephen L. Jernigan**
         First Name           Middle Name           Last Name

Debtor 2
(Spouse if, filing)    First Name           Middle Name           Last Name

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF FLORIDA, PENSACOLA DIVISION

Case number
(if known)    _____

☐ Check if this is an
    amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    **12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:**    **Summarize Your Assets**

| | Your assets Value of what you own |
|---|---:|
| **1.** **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B................................................................ | $ 1,529,323.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B................................................... | $ 2,598,904.84 |
| 1c. Copy line 63, Total of all property on Schedule A/B............................................................ | $ 4,128,227.84 |

**Part 2:**    **Summarize Your Liabilities**

| | Your liabilities Amount you owe |
|---|---:|
| **2.** *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ 1,924,157.14 |
| **3.** *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................. | $ 127,275.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $ 758,679.54 |
| **Your total liabilities** | $ 2,810,111.68 |

**Part 3:**    **Summarize Your Income and Expenses**

| | |
|---|---:|
| **4.** *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*............................................................ | $ 17,844.00 |
| **5.** *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*............................................................ | $ 9,929.00 |

**Part 4:**    **Answer These Questions for Administrative and Statistical Records**

**6.**    **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

     ☐   No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

     ■   Yes

**7.**    **What kind of debt do you have?**

     ☐   **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9 for statistical purposes. 28 U.S.C. § 159.

     ■   **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1   **Stephen L. Jernigan**                                    Case number *(if known)* _____

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
   122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                                    $ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | | Total claim |
|---|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ | 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ | 127,275.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ | 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ | 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ | 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ | 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ | 127,275.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

---

Fill in this information to identify your case:

| Debtor 1 | Stephen L. Jernigan | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF FLORIDA, PENSACOLA DIVISION | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

---

## B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders          12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

| | | | Unsecured claim |
|---|---|---|---|

**1**

U.S. Bank National Association, Trustee
425 Walnut Street
Cincinnati, OH 45202

Contact

Contact phone

What is the nature of the claim?     5832 Moors Oaks Dr. Milton, FL 32583 Santa Rosa County     $ 337,617.52

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
☐ No
■ Yes. Total claim (secured and unsecured)     $ 337,617.52
    Value of security:     - $ 311,186.00
    Unsecured claim     $ 337,617.52

**2**

Regions Bank
P.O. Box 830734
Birmingham, AL 35283

What is the nature of the claim?     320 Racetrack Road, Ft. Walton Beach, FL 32547     $ 294,474.35

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?

---

B104 (Official Form 104)          For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          Page 1

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Stephen L. Jernigan**                                    Case number *(if known)* _____

|  |  |
|---|---|
| _____ | ☐ No |
| Contact | ☐ Yes. Total claim (secured and unsecured)    $ _____ |
| _____ |     Value of security:    - $ _____ |
| Contact phone |     Unsecured claim    $ _____ |

---

**3**

**Bank of America**
**P.O. Box 31785**
**Tampa, FL 33631**

What is the nature of the claim?    **23727 2nd Street**    $ **$131,033.41**
**Montrose, AL 36559**
**Baldwin County**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

☐ No

Contact

■ Yes. Total claim (secured and unsecured)    $ **$135,031.20**
    Value of security:    - $ **$515,300.00**
Contact phone        Unsecured claim    $ **$131,033.41**

---

**4**

**Leaf Capital Funding, LLC**
**P.O. Box 742647**
**Cincinnati, OH 45274**

What is the nature of the claim?    **Personal guarantee of**    $ **$119,962.12**
**medical equipment for**
**Gulf Medical Center.**

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?

■ No

Contact

☐ Yes. Total claim (secured and unsecured)    $ _____
    Value of security:    - $ _____
Contact phone        Unsecured claim    $ _____

---

**5**

**Leaf Capital Funding, LLC**
**P.O. Box 742647**
**Cincinnati, OH 45274**

What is the nature of the claim?    **Personal guarantee of**    $ **$81,605.19**
**debt of Gulf Medical**
**Services, Inc.**

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?

■ No

Contact

☐ Yes. Total claim (secured and unsecured)    $ _____
    Value of security:    - $ _____
Contact phone        Unsecured claim    $ _____

---

B 104 (Official Form 104)    **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    Page 2

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Stephen L. Jernigan**                                          Case number *(if known)* _____

---

**6**

**Internal Revenue Service**
P.O. Box 7346
Philadelphia, PA 19101

| | |
|---|---|
| Contact | |
| Contact phone | |

**What is the nature of the claim?**   **Taxes owed for 2017.**   $ **$72,733.00**

**As of the date you file, the claim is: Check all that apply**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured)   $ _____
  - Value of security:   - $ _____
  - Unsecured claim   $ _____

---

**7**

**Internal Revenue Service**
P.O. Box 7346
Philadelphia, PA 19101

| | |
|---|---|
| Contact | |
| Contact phone | |

**What is the nature of the claim?**   **Taxes owed for 2016**   $ **$54,542.00**

**As of the date you file, the claim is: Check all that apply**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured)   $ _____
  - Value of security:   - $ _____
  - Unsecured claim   $ _____

---

**8**

**Hitachi Capital America Corp.**
P.O. Box 15667
Minneapolis, MN 55415

| | |
|---|---|
| Contact | |
| Contact phone | |

**What is the nature of the claim?**   **Personal guarantee of debt of Gulf Medical Services, Inc.**   $ **$40,300.82**

**As of the date you file, the claim is: Check all that apply**
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured)   $ _____
  - Value of security:   - $ _____
  - Unsecured claim   $ _____

---

**9**

**American Express**
P.O. Box 650448
Dallas, TX 75265

**What is the nature of the claim?**   **Credit Card**   $ **$38,983.60**

**As of the date you file, the claim is: Check all that apply**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

---

B 104 (Official Form 104)                 For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims                 Page 3

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

Debtor 1    Stephen L. Jernigan _____    Case number *(if known)* _____

|  | **Does the creditor have a lien on your property?** |  |
|--|--|--|
|  | ■ No |  |
| Contact | ☐ Yes. Total claim (secured and unsecured) | $ _____ |
|  | Value of security: | - $ _____ |
| Contact phone | Unsecured claim | $ _____ |

---

**10**

**Harvester's Federal Credit Union**
P.O. Box 5
Cantonment, FL 32533

**What is the nature of the claim?**    3103 N. 12th Avenue    $ **$35,592.16**
Pensacola, FL 32503
Escambia County
Gulf Medical

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
☐ No

Contact

Contact phone

■ Yes. Total claim (secured and unsecured)    $ **$35,715.79**
Value of security:    - $ **$291,124.00**
Unsecured claim    $ **$35,592.16**

---

**11**

**Amur Equipment Finance, Inc.**
P.O. Box 2555
Grand Island, NE 68801

**What is the nature of the claim?**    Personal guarantee of    $ **$32,714.11**
debt of Gulf Medical
Services, Inc.

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No

Contact

Contact phone

☐ Yes. Total claim (secured and unsecured)    $ _____
Value of security:    - $ _____
Unsecured claim    $ _____

---

**12**

**JM Funding Group**
7955 E. Araphaoe Ct
Suite 1025
Centennial, CO 80112

**What is the nature of the claim?**    Personal guarantee of    $ **$30,842.53**
medical equipment.

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No

Contact

☐ Yes. Total claim (secured and unsecured)    $ _____

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 4

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    Stephen L. Jernigan _____    Case number *(if known)* _____

_____    Value of security:    - $ _____
Contact phone    Unsecured claim    $ _____

---

**13** ████

**Bank of America Card**
P.O. Box 692234
El Paso, TX 79998

What is the nature of the claim?    **Personal gurantee of**    $ **$28,936.71**
                                    **business debt.** _____

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
Contact    ☐ Yes. Total claim (secured and unsecured)    $ _____
                                    Value of security:    - $ _____
Contact phone                       Unsecured claim    $ _____

---

**14** ████

**Mr. Cooper**
P.O. Box 650783
Dallas, TX 75265

What is the nature of the claim?    **5832 Moors Oaks Dr.**    $ **$26,431.52**
                                    **Milton, FL 32583**
                                    **Santa Rosa County** _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
☐ No
Contact    ■ Yes. Total claim (secured and unsecured)    $ **$337,617.52**
                                    Value of security:    - $ **$311,186.00**
Contact phone                       Unsecured claim    $ **$26,431.52**

---

**15** ████

**Amur Equipment Finace, Inc.**
308 N. Locust Street
Grand Island, NE 68801

What is the nature of the claim?    **Personal guarante of**    $ **$25,575.17**
                                    **medical equipment** _____

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
Contact    ☐ Yes. Total claim (secured and unsecured)    $ _____
                                    Value of security:    - $ _____
Contact phone                       Unsecured claim    $ _____

---

**16** ████

What is the nature of the claim?    **Personal guarantee of**    $ **$19,308.82**
                                    **debt of Gulf Medical**
                                    **Services, Inc.** _____

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 5

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  Stephen L. Jernigan _____  Case number *(if known)* _____

**Main Street**
**3 Hutton Centre Drive**
**Suite 400**
**Santa Ana, CA 92707**

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)         $ _____
      Value of security:                           - $ _____
      Unsecured claim                                $ _____

_____
Contact

_____
Contact phone

---

**17**

**Amur Equipment Finance, Inc.**
**308 Locust Street**
**Grand Island, NE 68801**

What is the nature of the claim?    Personal guarantee of   $ **$18,612.58**
                                    medical equipment

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)         $ _____
      Value of security:                           - $ _____
      Unsecured claim                                $ _____

_____
Contact

_____
Contact phone

---

**18**

**Capital One**
**P.O. Box 71087**
**Charlotte, NC 28272**

What is the nature of the claim?    Personal guarantee of   $ **$14,754.98**
                                    business debt

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)         $ _____
      Value of security:                           - $ _____
      Unsecured claim                                $ _____

_____
Contact

_____
Contact phone

---

**19**

**Discover**
**P.O. Box 71084**
**Charlotte, NC 28272-1084**

What is the nature of the claim?    Personal guarantee of   $ **$12,608.56**
                                    business debt.

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
      No

_____

_____

---

B 104 (Official Form 104)          For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          Page 6

Debtor 1    **Stephen L. Jernigan** _____    Case number *(if known)* _____

| | |
|---|---|
| _____ Contact | ■ |
| | ☐ Yes. Total claim (secured and unsecured)  $ _____ |
| | Value of security: - $ _____ |
| _____ Contact phone | Unsecured claim  $ _____ |

---

**20**

**PNC Bank**
P.O. Box 489909
Charlotte, NC 28269

**What is the nature of the claim?**    **2018 Dodge Charger**    $ **$8,000.00**
**Hellcat 11988 miles**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
☐ No

_____ Contact

_____ Contact phone

■ Yes. Total claim (secured and unsecured)   $ **$73,000.00**
Value of security:   - $ **$65,000.00**
Unsecured claim   $ **$8,000.00**

---

**Part 2:    Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X _~~Signature~~_____    X _____

**Stephen L. Jernigan**    Signature of Debtor 2
Signature of Debtor 1

Date _11/21/2018_____    Date _____

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 7

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Fill in this information to identify your case and this filing: |
|---|

| Debtor 1 | **Stephen L. Jernigan** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF FLORIDA, PENSACOLA DIVISION | | |
| Case number | _____ | | |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.  Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.

■ Yes. Where is the property?

1.1

| | |
|---|---|
| **5832 Moors Oaks Dr.** | |
| Street address, if available, or other description | |

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| **Milton** | **FL** | **32583-0000** |
|---|---|---|
| City | State | ZIP Code |

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$311,186.00** | **$311,186.00** |

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

| **Santa Rosa** |
|---|
| County |

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

Debtor 1   **Stephen L. Jernigan** _____   Case number *(if known)* _____

| | |
|---|---|
| **1.2** | **If you own or have more than one, list here:** |

**1886 Schnoor Road** _____
Street address, if available, or other description

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Jay**        **FL**    **32565-0000**
City          State     ZIP Code

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$252,560.00** | **$252,560.00** |

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Santa Rosa** _____
County

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

---

| | |
|---|---|
| **1.3** | **If you own or have more than one, list here:** |

**23727 2nd Street** _____
Street address, if available, or other description

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Montrose**     **AL**    **36559-0000**
City          State     ZIP Code

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$515,300.00** | **$515,300.00** |

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Baldwin** _____
County

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | Stephen L. Jernigan | Case number *(if known)* |
|---|---|---|

**1.4** If you own or have more than one, list here:

**3103 N. 12th Avenue**
Street address, if available, or other description

**Pensacola**  **FL**  **32503-0000**
City    State    ZIP Code

**Escambia**
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☑ Other  **Office Building**

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$291,124.00** | **$291,124.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ **Check if this is community property** (see instructions)

**1.5** If you own or have more than one, list here:

**6776 Caroline Street**
Street address, if available, or other description

**Milton**  **FL**  **32570-0000**
City    State    ZIP Code

**Santa Rosa**
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☑ Other  **Office Building**

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$159,153.00** | **$159,153.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ **Check if this is community property** (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.................................................................=>

| **$1,529,323.00** |
|---|

**Part 2:** Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **Stephen L. Jernigan**                                    Case number *(if known)*

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| | | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|

3.1  Make:  **Cadillac**
Model:  **Escalade Premium**
Year:  **2015**
Approximate mileage:  **50,000**
Other information:

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Current value of the entire property?  **$39,559.00**
Current value of the portion you own?  **$39,559.00**

3.2  Make:  **Dodge**
Model:  **Charger Hellcat**
Year:  **2018**
Approximate mileage:  **11988**
Other information:

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Current value of the entire property?  **$65,000.00**
Current value of the portion you own?  **$65,000.00**

3.3  Make:  **Kubota**
Model:  **Tractor**
Year:  **2015**
Approximate mileage:  **900 hours**
Other information:  **with front loader**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Current value of the entire property?  **$12,000.00**
Current value of the portion you own?  **$12,000.00**

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
■ Yes

4.1  Make:  **Holiday**
Model:  **Endeavor**
Year:  **2009**
Other information:

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property
(see instructions)

Current value of the entire property?  **$120,000.00**
Current value of the portion you own?  **$120,000.00**

**5**  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here....................................................=>  **$236,559.00**

**Part 3:  Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**6.  Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No

Official Form 106A/B                     Schedule A/B: Property                          page 4

| Debtor 1 | Stephen L. Jernigan | | Case number *(if known)* | |

☑ Yes. Describe.....

| Living room and family room furniture, 2 queen size beds, lamps, grandfather clock, paintings, tables, Desk, Chest, dining room table and chairs, china cabinet, etc. | $2,425.00 |

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes. Describe.....

| Sony 48' Television, Dynex 48' Television, Misc CB radio equipment, Dell Computer, | $400.00 |

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No
☐ Yes. Describe.....

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No
☑ Yes. Describe.....

| Small exercise machine | $150.00 |

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☑ No
☐ Yes. Describe.....

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes. Describe.....

| Men's clothing | $300.00 |

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☑ Yes. Describe.....

| Men's wedding ring, 1 Mason's ring and 1 Seiko watch. | $300.00 |

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses

☐ No
☑ Yes. Describe.....

| 3 dogs, 2 cats and 18 chickens. | Unknown |

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☐ No
☑ Yes. Give specific information.....

Official Form 106A/B                    Schedule A/B: Property                    page 5

Debtor 1    **Stephen L. Jernigan**                          Case number *(if known)* _____

| | |
|---|---|
| Tool chest, miscellaneous tools, 15 KW generator, Kubota Lawn Mower, lawn tools, hot tub (not working) | $1,450.00 |

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ................................................................. | **$5,025.00** |

**Part 4:** **Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?                   Current value of the portion you own? Do not deduct secured claims or exemptions.

16. **Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
☐ No
■ Yes..................................................................................................

                                                                      Cash    **$330.00**

17. **Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
■ Yes.......................              Institution name:

17.1.  **Savings Account**    **Charter Bank**                          **$20,190.00**

17.2.  **Checking Account**   **Synovus Bank**                          **$510.00**

18. **Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
■ No
☐ Yes.................              Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
■ No
☐ Yes.  Give specific information about them....................
                       Name of entity:                          % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
■ No
☐ Yes. Give specific information about them
                       Issuer name:

21. **Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
■ No
☐ Yes. List each account separately.
           Type of account:          Institution name:

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
■ No

Official Form 106A/B                          Schedule A/B: Property                                    page 6

| Debtor 1 | **Stephen L. Jernigan** | Case number *(if known)* |
|---|---|---|

☐ Yes. .....................                      Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
■ No
☐ Yes............      Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
■ No
☐ Yes............      Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property** (other than anything listed in line 1), and rights or powers exercisable for your benefit
■ No
☐ Yes.  Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
■ No
☐ Yes.  Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
■ No
☐ Yes.  Give specific information about them...

**Money or property owed to you?**                                                                          **Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**
■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
■ No
☐ Yes.  Give specific information......

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
☐ No
■ Yes.  Give specific information..

| Stock purchase agreement with Kenneth Steber dated November 16, 2016. | $2,336,290.84 |
|---|---|

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
■ No
☐ Yes. Name the insurance company of each policy and list its value.
                          Company name:                              Beneficiary:                          Surrender or refund value:

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
■ No
☐ Yes.  Give specific information..

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Debtor 1    **Stephen L. Jernigan**                                          Case number *(if known)*

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
Examples: Accidents, employment disputes, insurance claims, or rights to sue
■ No
☐ Yes. Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
■ No
☐ Yes. Describe each claim.........

**35. Any financial assets you did not already list**
■ No
☐ Yes. Give specific information..

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.......................................................................**     $2,357,320.84

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest in. List any real estate in Part 1. |

**37. Do you own or have any legal or equitable interest in any business-related property?**
■ No. Go to Part 6.
☐ Yes.  Go to line 38.

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest in. |
| | If you own or have an interest in farmland, list it in Part 1. |

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
■ No. Go to Part 7.
☐ Yes.  Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |

**53. Do you have other property of any kind you did not already list?**
Examples: Season tickets, country club membership
■ No
☐ Yes. Give specific information.........

**54. Add the dollar value of all of your entries from Part 7. Write that number here  ......................................**     $0.00

| Part 8: | List the Totals of Each Part of this Form |

| | | | |
|---|---|---|---|
| 55. | Part 1: Total real estate, line 2 ..................................................................................................... | | $1,529,323.00 |
| 56. | Part 2: Total vehicles, line 5 | $236,559.00 | |
| 57. | Part 3: Total personal and household items, line 15 | $5,025.00 | |
| 58. | Part 4: Total financial assets, line 36 | $2,357,320.84 | |
| 59. | Part 5: Total business-related property, line 45 | $0.00 | |
| 60. | Part 6: Total farm- and fishing-related property, line 52 | $0.00 | |
| 61. | Part 7: Total other property not listed, line 54 | + $0.00 | |
| 62. | Total personal property. Add lines 56 through 61... | $2,598,904.84 | Copy personal property total  $2,598,904.84 |
| 63. | Total of all property on Schedule A/B. Add line 55 + line 62 | | $4,128,227.84 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Stephen L. Jernigan** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF FLORIDA, PENSACOLA DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt                4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own (Copy the value from *Schedule A/B*) | Amount of the exemption you claim (Check only one box for each exemption.) | Specific laws that allow exemption |
|---|---|---|---|
| **1886 Schnoor Road Jay, FL 32565 Santa Rosa County** Line from *Schedule A/B*: **1.2** | $252,560.00 | ☑ 100% ☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Const. Art. X, § 4(a)(1); Fla. Stat. §§ 222.01 & 222.02** |
| **2015 Cadillac Escalade Premium 50,000 miles** Line from *Schedule A/B*: **3.1** | $39,559.00 | ☑ $1,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. § 222.25(1)** |
| **Men's wedding ring, 1 Mason's ring and 1 Seiko watch.** Line from *Schedule A/B*: **12.1** | $300.00 | ☑ $300.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Const. Art. X, § 4(a)(2)** |
| **Cash** Line from *Schedule A/B*: **16.1** | $330.00 | ☑ $330.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Const. Art. X, § 4(a)(2)** |
| **Checking Account: Synovus Bank** Line from *Schedule A/B*: **17.2** | $510.00 | ☑ $370.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Const. Art. X, § 4(a)(2)** |

Debtor 1  **Stephen L. Jernigan** _____      Case number (if known) _____

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No

   ■ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ■ No

       ☐ Yes

Fill in this information to identify your case:

Debtor 1 **Stephen L. Jernigan**
First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF FLORIDA, PENSACOLA DIVISION

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:   List All Secured Claims**

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| | | Amount of claim<br>Do not deduct the<br>value of collateral. | Value of collateral<br>that supports this<br>claim | Unsecured<br>portion<br>If any |
| **2.1  Bank of America**<br>Creditor's Name | Describe the property that secures the claim:<br>**5832 Moors Oaks Dr. Milton, FL<br>32583  Santa Rosa County** | **$71,218.00** | **$311,186.00** | **$0.00** |

**P.O. Box 31785
Tampa, FL 33631**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **4-6-2006**          Last 4 digits of account number   **6478**

| **2.2  Bank of America**<br>Creditor's Name | Describe the property that secures the claim:<br>**23727 2nd Street Montrose, AL<br>36559  Baldwin County** | **$135,031.20** | **$515,300.00** | **$131,033.41** |
|---|---|---|---|---|

**P.O. Box 31785
Tampa, FL 33631**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **06/08/2007**          Last 4 digits of account number   **2797**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1 **Stephen L. Jernigan**
First Name · Middle Name · Last Name

Case number (if known) _____

| 2.3 | **Bank of America** | Describe the property that secures the claim: | $116,349.00 | $120,000.00 | $0.00 |

Creditor's Name

**2009 Holiday Endeavor**

P.O. Box 31785
Tampa, FL 33631
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____  Last 4 digits of account number **4941**

---

| 2.4 | **Bayview Loan Servicing, LLC** | Describe the property that secures the claim: | $511,302.21 | $515,300.00 | $0.00 |

Creditor's Name

**23727 2nd Street Montrose, AL 36559 Baldwin County**

P.O. Box 650091
Dallas, TX 75265
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred **06/08/2007**  Last 4 digits of account number **3282**

---

| 2.5 | **Harvester's Federal Credit Union** | Describe the property that secures the claim: | $35,715.79 | $291,124.00 | $35,592.16 |

Creditor's Name

**3103 N. 12th Avenue Pensacola, FL 32503 Escambia County
Gulf Medical**

P.O. Box 5
Cantonment, FL 32533
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **Equity Line of Credit**

Date debt was incurred **7/5/2007**  Last 4 digits of account number **4571**

---

Debtor 1    **Stephen L. Jernigan**

|First Name|Middle Name|Last Name|

Case number (if known) _____

---

| 2.6 | **Kubota Credit Corporation** | Describe the property that secures the claim: | $6,000.00 | $12,000.00 | $0.00 |

Creditor's Name

**2015 Kubota Tractor 900 hours miles with front loader**

P.O. Box 05559
Carol Stream, IL 60132

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **3/25/2015**      Last 4 digits of account number  **2155**

---

| 2.7 | **Mr. Cooper** | Describe the property that secures the claim: | $337,617.52 | $311,186.00 | $26,431.52 |

Creditor's Name

**5832 Moors Oaks Dr. Milton, FL 32583  Santa Rosa County**

P.O. Box 650783
Dallas, TX 75265

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **04/21/2006**      Last 4 digits of account number  **9348**

---

| 2.8 | **Mr. Cooper** | Describe the property that secures the claim: | $9,305.53 | $252,560.00 | $0.00 |

Creditor's Name

**1886 Schnoor Road Jay, FL 32565 Santa Rosa County**

8950 Cypress Waters Blvd.
Coppell, TX 75019

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  _____      Last 4 digits of account number  _____

---

| 2.9 | **PNC Bank** | Describe the property that secures the claim: | $73,000.00 | $65,000.00 | $8,000.00 |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1 **Stephen L. Jernigan**                                          Case number (if known) _____

First Name          Middle Name          Last Name

---

Creditor's Name

**2018 Dodge Charger Hellcat 11988 miles**

P.O. Box 489909
Charlotte, NC 28269

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____     Last 4 digits of account number    **2776**

---

**2.10** | **Regions Bank** | Describe the property that secures the claim: | $291,000.37 | $291,124.00 | $0.00

Creditor's Name

**3103 N. 12th Avenue Pensacola, FL 32503  Escambia County**

P.O. Box 830734
Birmingham, AL 35283

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **07/21/2011**     Last 4 digits of account number    **2724**

---

**2.11** | **U.S. Bank National Association, Trustee** | Describe the property that secures the claim: | $337,617.52 | $311,186.00 | $337,617.52

Creditor's Name

**5832 Moors Oaks Dr. Milton, FL 32583  Santa Rosa County**

425 Walnut Street
Cincinnati, OH 45202

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____     Last 4 digits of account number    _____

---

Add the dollar value of your entries in Column A on this page. Write that number here:   | **$1,924,157.14**
If this is the last page of your form, add the dollar value totals from all pages.        | **$1,924,157.14**

Official Form 106D          Additional Page of Schedule D: Creditors Who Have Claims Secured by Property          page 4 of 5

Debtor 1    **Stephen L. Jernigan**
　　　　　First Name　　　　　　Middle Name　　　　　　　Last Name

Case number (if known) _____

**Write that number here:**

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |
|---|---|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Stephen L. Jernigan** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF FLORIDA, PENSACOLA DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                        12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:**    List All of Your PRIORITY Unsecured Claims

1.  Do any creditors have priority unsecured claims against you?
    ☐ No. Go to Part 2.
    ■ Yes.

2.  List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| **2.1** | **Internal Revenue Service** | Last 4 digits of account number  3703 | $54,542.00 | $54,542.00 | $0.00 |
| | Priority Creditor's Name | | | | |
| | **P.O. Box 7346** | When was the debt incurred?  10/12/2018 | | | |
| | **Philadelphia, PA 19101** | | | | |
| | Number Street City State Zip Code | | | | |

Who incurred the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____ **Taxes owed for 2016**

| | | | | | |
|---|---|---|---|---|---|
| **2.2** | **Internal Revenue Service** | Last 4 digits of account number  3703 | $72,733.00 | $72,733.00 | $0.00 |
| | Priority Creditor's Name | | | | |
| | **P.O. Box 7346** | When was the debt incurred?  10/12/2018 | | | |
| | **Philadelphia, PA 19101** | | | | |
| | Number Street City State Zip Code | | | | |

Who incurred the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____ **Taxes owed for 2017.**

Debtor 1  **Stephen L. Jernigan**                                          Case number (if known) _____

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

**3.** Do any creditors have nonpriority unsecured claims against you?

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes.

**4.** List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  |  |  | Total claim |
|---|---|---|---|---|

**4.1**

**American Express**
Nonpriority Creditor's Name
P.O. Box 650448
**Dallas, TX 75265**
Number Street City State Zip Code

Last 4 digits of account number    **4005**

When was the debt incurred?    **1990**

**Total claim: $38,983.60**

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

---

**4.2**

**Amur Equipment Finace, Inc.**
Nonpriority Creditor's Name
308 N. Locust Street
**Grand Island, NE 68801**
Number Street City State Zip Code

Last 4 digits of account number    **4971**

When was the debt incurred?    **10/10/2016**

**Total claim: $25,575.17**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☑ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Personal guarantee of medical equipment**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1  __Stephen L. Jernigan__                                    Case number (if known) _____

| | | |
|---|---|---|

**4.3** | **Amur Equipment Finance, Inc.** | Last 4 digits of account number __0641__ | **$32,714.11**

Nonpriority Creditor's Name
**P.O. Box 2555**
**Grand Island, NE 68801**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? __01/27/204146__

**As of the date you file, the claim is: Check all that apply**
■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Personal guarantee of debt of Gulf Medical Services, Inc.**

---

**4.4** | **Amur Equipment Finance, Inc.** | Last 4 digits of account number __9685__ | **$18,612.58**

Nonpriority Creditor's Name
**308 Locust Street**
**Grand Island, NE 68801**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? __10/25/2016__

**As of the date you file, the claim is: Check all that apply**
■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Personal guarantee of medical equipment**

---

**4.5** | **Bank of America Card** | Last 4 digits of account number __6154__ | **$28,936.71**

Nonpriority Creditor's Name
**P.O. Box 692234**
**El Paso, TX 79998**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? __2010__

**As of the date you file, the claim is: Check all that apply**
■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Personal gurantee of business debt.**

---

Debtor 1  **Stephen L. Jernigan**                                     Case number (if known) _____

| 4.6 | **Capital One** | Last 4 digits of account number | 4667 | | | **$14,754.98** |

Nonpriority Creditor's Name
**P.O. Box 71087**
**Charlotte, NC 28272**

When was the debt incurred?    **2000**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Check if this claim is for a community debt

- ☐ Student loans

**Is the claim subject to offset?**

- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

- ☑ No

- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ☐ Yes

- ☑ Other. Specify    **Personal guarantee of business debt**

---

| 4.7 | **Discover** | Last 4 digits of account number | 0687 | | | **$12,608.56** |

Nonpriority Creditor's Name
**P.O. Box 71084**
**Charlotte, NC 28272-1084**

When was the debt incurred?    **1999**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Check if this claim is for a community debt

- ☐ Student loans

**Is the claim subject to offset?**

- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

- ☑ No

- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ☐ Yes

- ☑ Other. Specify    **Personal guarantee of business debt.**

---

| 4.8 | **Hitachi Capital America Corp.** | Last 4 digits of account number | 8129 | | | **$40,300.82** |

Nonpriority Creditor's Name
**P.O. Box 15667**
**Minneapolis, MN 55415**

When was the debt incurred?    **11/23/2016**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Check if this claim is for a community debt

- ☐ Student loans

**Is the claim subject to offset?**

- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

- ☑ No

- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ☐ Yes

- ☑ Other. Specify    **Personal guarantee of debt of Gulf Medical Services, Inc.**

Debtor 1  **Stephen L. Jernigan**                                               Case number (if known) _____

| 4.9 | **JM Funding Group** | Last 4 digits of account number | 3137 | **Unknown** |

Nonpriority Creditor's Name
**7955 E. Araphaoe Ct**
**Suite 1025**
**Centennial, CO 80112**
Number Street City State Zip Code

When was the debt incurred?  **10-16-2016**

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is: Check all that apply**
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Personal guarantee of Gulf Medical Services medical equipment.**

---

| 4.10 | **JM Funding Group** | Last 4 digits of account number | 8305 | $30,842.53 |

Nonpriority Creditor's Name
**7955 E. Araphaoe Ct**
**Suite 1025**
**Centennial, CO 80112**
Number Street City State Zip Code

When was the debt incurred?  **3/7/2016**

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is: Check all that apply**
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Personal guarantee of medical equipment.**

---

| 4.11 | **Key Equipment Finance** | Last 4 digits of account number | 9171 | **Unknown** |

Nonpriority Creditor's Name
**1000 S. McCaslin Blvd.**
**Superior, CO 80027**
Number Street City State Zip Code

When was the debt incurred?  **12-11-2014**

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is: Check all that apply**
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Personal guarantee of debt of Gulf Medical Services, Inc.**

Debtor 1   **Stephen L. Jernigan**                                  Case number (if known) _____

---

| 4.1 2 | **Leaf Capital Funding, LLC** | Last 4 digits of account number | **02** | **$81,605.19** |

Nonpriority Creditor's Name
**P.O. Box 742647**
**Cincinnati, OH 45274**
Number Street City State Zip Code

**When was the debt incurred?**   07/11/2016

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Personal guarantee of debt of Gulf Medical Services, Inc.**

---

| 4.1 3 | **Leaf Capital Funding, LLC** | Last 4 digits of account number | **01** | **$119,962.12** |

Nonpriority Creditor's Name
**P.O. Box 742647**
**Cincinnati, OH 45274**
Number Street City State Zip Code

**When was the debt incurred?**   06/13/2016

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Personal guarantee of medical equipment for Gulf Medical Center.**

---

| 4.1 4 | **Main Street** | Last 4 digits of account number | **0284** | **Unknown** |

Nonpriority Creditor's Name
**3 Hutton Centre Drive**
**Suite 400**
**Santa Ana, CA 92707**
Number Street City State Zip Code

**When was the debt incurred?**   10/27/2018

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Personal guarantee of debt of Gulf Medical Services, Inc.**

---

Debtor 1  **Stephen L. Jernigan** _____    Case number (if known) _____

| 4.1 5 | | | |
|---|---|---|---|

**Main Street**
Nonpriority Creditor's Name
**3 Hutton Centre Drive**
**Suite 400**
**Santa Ana, CA 92707**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   **4315**                    **$19,308.82**

When was the debt incurred?   **11-23-16**

As of the date you file, the claim is: Check all that apply
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Personal guarantee of debt of Gulf Medical Services, inc.**

| 4.1 6 | | | |
|---|---|---|---|

**Navatis Lease Corporation**
Nonpriority Creditor's Name
**1719 Route 10 East**
**Suite 206**
**Parsippany, NJ 07054**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   **5673**                    **Unknown**

When was the debt incurred?   **08/26/2016**

As of the date you file, the claim is: Check all that apply
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Personal guarantee of medical equipment for Gulf Medical Services, inc.**

| 4.1 7 | | | |
|---|---|---|---|

**Pawnee Leasing**
Nonpriority Creditor's Name
**3801 Automation Way, Suite 207**
**Fort Collins, CO 80525**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   **3053**                    **Unknown**

When was the debt incurred?   **4/6/2018**

As of the date you file, the claim is: Check all that apply
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Personal guarantee of medical equipment for Gulf Medical Services, inc.**

Debtor 1  **Stephen L. Jernigan**                          Case number (if known) _____

---

**4.1 8**

**Providence Capital Funding**
Nonpriority Creditor's Name
**3020 Saturn St.**
**Brea, CA 92821**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number  **0542**                    **Unknown**

When was the debt incurred?  **2-8-2017**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Personal guarantee of debt for Gulf Medical Services, Inc.**

---

**4.1 9**

**Providence Capital Funding**
Nonpriority Creditor's Name
**3020 Saturn St.**
**Brea, CA 92821**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number  **0692**                    **Unknown**

When was the debt incurred?  **1-20-16**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Personal guarantee of medical equipment for Gulf Medical Services, Inc.**

---

**4.2 0**

**Regions Bank**
Nonpriority Creditor's Name
**P.O. Box 830734**
**Birmingham, AL 35283**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number  **2198**                    **Unknown**

When was the debt incurred?  **12/9/14**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Personal guarantee of debt of Gulf Medical Services, Inc. - Secured by 2014 Nissan**

---

Debtor 1   **Stephen L. Jernigan**                                    Case number (if known) _____

| 4.2 1 | | | |
|---|---|---|---|

**Regions Bank**
Nonpriority Creditor's Name
**P.O. Box 830734**
**Birmingham, AL 35283**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a  community debt
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **0539**                                    **Unknown**

When was the debt incurred?   **4/6/15**

**As of the date you file, the claim is: Check all that apply**

■ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Personal guarantee of debt of Gulf Medical Services - Secured by 2014 Nissan**

| 4.2 2 | | | |
|---|---|---|---|

**Regions Bank**
Nonpriority Creditor's Name
**P.O. Box 830734**
**Birmingham, AL 35283**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a  community debt
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **6744**                                    **Unknown**

When was the debt incurred?   **1/13/15**

**As of the date you file, the claim is: Check all that apply**

■ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Personal guarantee of debt of Gulf Medical Services - Secured by 2012 Nissan**

| 4.2 3 | | | |
|---|---|---|---|

**Regions Bank**
Nonpriority Creditor's Name
**P.O. Box 830734**
**Birmingham, AL 35283**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a  community debt
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1064**                                    **Unknown**

When was the debt incurred?   **6/5/15**

**As of the date you file, the claim is: Check all that apply**

■ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Personal guarantee of debt of Gulf Medical Services - Secured by 2015 Nissan**

Debtor 1   **Stephen L. Jernigan**                                    Case number (if known) _____

---

**4.24**

| | |
|---|---|
| **Regions Bank** | Last 4 digits of account number  **9564**              **Unknown** |
| Nonpriority Creditor's Name | |
| **P.O. Box 830734** | When was the debt incurred?  **3-31-15** |
| **Birmingham, AL 35283** | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |
| Who incurred the debt? Check one. | |
| ☐ Debtor 1 only | ■ Contingent |
| ☐ Debtor 2 only | ☐ Unliquidated |
| ☐ Debtor 1 and Debtor 2 only | ☐ Disputed |
| ■ At least one of the debtors and another | Type of NONPRIORITY unsecured claim: |
| ☐ Check if this claim is for a  community debt | ☐ Student loans |
| | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| Is the claim subject to offset? | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ■ No | |
| ☐ Yes | ■ Other. Specify  **Personal guarantee of debt of Gulf Medical Services, Inc. secured by 2014 Nissan** |

---

**4.25**

| | |
|---|---|
| **Regions Bank** | Last 4 digits of account number  **4228**              **Unknown** |
| Nonpriority Creditor's Name | |
| **P.O. Box 830734** | When was the debt incurred?  **5-10-16** |
| **Birmingham, AL 35283** | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |
| Who incurred the debt? Check one. | |
| ☐ Debtor 1 only | ■ Contingent |
| ☐ Debtor 2 only | ☐ Unliquidated |
| ☐ Debtor 1 and Debtor 2 only | ☐ Disputed |
| ■ At least one of the debtors and another | Type of NONPRIORITY unsecured claim: |
| ☐ Check if this claim is for a  community debt | ☐ Student loans |
| | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| Is the claim subject to offset? | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ■ No | |
| ☐ Yes | ■ Other. Specify  **Personal guarantee of debt of Gulf Medical Services, Inc. - Secured by various medical equipment** |

---

**4.26**

| | |
|---|---|
| **Regions Bank** | Last 4 digits of account number  **0226**              **Unknown** |
| Nonpriority Creditor's Name | |
| **P.O. Box 830734** | When was the debt incurred?  **4/18/16** |
| **Birmingham, AL 35283** | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |
| Who incurred the debt? Check one. | |
| ☐ Debtor 1 only | ■ Contingent |
| ☐ Debtor 2 only | ☐ Unliquidated |
| ☐ Debtor 1 and Debtor 2 only | ☐ Disputed |
| ■ At least one of the debtors and another | Type of NONPRIORITY unsecured claim: |
| ☐ Check if this claim is for a  community debt | ☐ Student loans |
| | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| Is the claim subject to offset? | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ■ No | |
| ☐ Yes | ■ Other. Specify  **Personal guarantee of debt of Gulf Medical Services - Secured by various medical equipment** |

---

Debtor 1    **Stephen L. Jernigan**                                        Case number (if known)  _____

| 4.2 7 | **Regions Bank** | Last 4 digits of account number  **7858** | **Unknown** |

Nonpriority Creditor's Name
**P.O. Box 830734**
**Birmingham, AL 35283**
Number Street City State Zip Code

When was the debt incurred?  **6/2/16**

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a  community debt
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Personal guarantee of debt of Gulf Medical Services - Secured by various medical equipment**

| 4.2 8 | **Regions Bank** | Last 4 digits of account number  **8881** | **Unknown** |

Nonpriority Creditor's Name
**P.O. Box 830734**
**Birmingham, AL 35283**
Number Street City State Zip Code

When was the debt incurred?  **4/8/16**

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a  community debt
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Personal guarantee of debt of Gulf Medical Services - Secured by various medical equipment**

| 4.2 9 | **Regions Bank** | Last 4 digits of account number  **8733** | **Unknown** |

Nonpriority Creditor's Name
**P.O. Box 830734**
**Birmingham, AL 35283**
Number Street City State Zip Code

When was the debt incurred?  **4/8/16**

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a  community debt
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Personal guarantee of debt of Gulf Medical Services - Secured by various medical equipment**

Debtor 1 **Stephen L. Jernigan**                                           Case number *(if known)* _____

---

**4.30**

**Regions Bank**
Nonpriority Creditor's Name
**P.O. Box 830734**
**Birmingham, AL 35283**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number  **1108**                    **Unknown**

When was the debt incurred?  **6/28/16**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Personal guarantee of debt of Gulf Medical Services - Secured by various medical equipment**

---

**4.31**

**Regions Bank**
Nonpriority Creditor's Name
**P.O. Box 830734**
**Birmingham, AL 35283**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number  **9363**                    **Unknown**

When was the debt incurred?  **2014**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Personal guarantee of cross-collateralized business debt.**

---

**4.32**

**Regions Bank**
Nonpriority Creditor's Name
**P.O. Box 830734**
**Birmingham, AL 35283**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number  **2724**                    **Unknown**

When was the debt incurred?  **08/19/2013**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Personal guarantee of buisiness line of credit.**

---

Debtor 1  **Stephen L. Jernigan**                                          Case number (if known) _____

---

**4.3 3**

| | |
|---|---|
| **Regions Bank** | Last 4 digits of account number  **6144**                    **Unknown** |
| Nonpriority Creditor's Name | When was the debt incurred?  **2011** |
| **P.O. Box 1987** | |
| **Birmingham, AL 35201** | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card**

---

**4.3 4**

| | |
|---|---|
| **Regions Bank** | Last 4 digits of account number  **5151**                    **Unknown** |
| Nonpriority Creditor's Name | When was the debt incurred?  **12-21-2015** |
| **P.O. Box 830734** | |
| **Birmingham, AL 35283** | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

■ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Personal Guarantee of debt of Gulf Medical Services, Secured by 2016 Nissan Versa**

---

**4.3 5**

| | |
|---|---|
| **Regions Bank** | Last 4 digits of account number  **3088**                    **Unknown** |
| Nonpriority Creditor's Name | When was the debt incurred?  **7-13-16** |
| **P.O. Box 830734** | |
| **Birmingham, AL 35283** | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

■ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Personal guarantee of debt of Gulf Medical Services - secured by various medical equipment**

---

Debtor 1  **Stephen L. Jernigan**                                          Case number (if known) _____

---

**4.3 6**

**Regions Bank**
Nonpriority Creditor's Name
**P.O. Box 830734**
**Birmingham, AL 35283**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **0541**                              **Unknown**

When was the debt incurred?   **11/24/2015**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Other** _____

---

**4.3 7**

**Regions Bank**
Nonpriority Creditor's Name
**P.O. Box 830734**
**Birmingham, AL 35283**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **2318**                              **$294,474.35**

When was the debt incurred?   **7-21-11**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **320 Racetrack Road, Ft. Walton Beach, FL 32547**

---

**4.3 8**

**Royal Bank AM**
Nonpriority Creditor's Name
**550 Township Line Road**
**Blue Bell, PA 19422**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   _____                              **Unknown**

When was the debt incurred?   **03/11/2016**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal gurantee of debt of Gulf Medical Services, Inc.**

---

Debtor 1 **Stephen L. Jernigan** _____  Case number *(if known)* _____

| 4.3 9 | | | |
|---|---|---|---|

**Yellowstone Capital, LLC**
Nonpriority Creditor's Name
**One Evertrust Plaza**
**Suite 1401**
**Jersey City, NJ 07302**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number  **9500**          **Unknown**

When was the debt incurred?   **7/28/17**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Personal guarantee of debt of Gulf Medical Services, Inc.**

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | Domestic support obligations | 6a. | $ 0.00 |
|  | 6b. | Taxes and certain other debts you owe the government | 6b. | $ 127,275.00 |
|  | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ 0.00 |
|  | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
|  | 6e. | Total Priority. Add lines 6a through 6d. | 6e. | $ 127,275.00 |

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | Student loans | 6f. | $ 0.00 |
|  | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ 0.00 |
|  | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ 0.00 |
|  | 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 758,679.54 |
|  | 6j. | Total Nonpriority. Add lines 6f through 6i. | 6j. | $ 758,679.54 |

---

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Stephen L. Jernigan** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF FLORIDA, PENSACOLA DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.   **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.   List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|---|
| 2.1 | **Amur Equipment Finace, Inc.**<br>**308 N. Locust Street**<br>**Grand Island, NE 68801** | **Lease of various medical equipment.** |
| 2.2 | **Amur Equipment Finance, Inc.**<br>**308 Locust Street**<br>**Grand Island, NE 68801** | **Lease of various medical equipment.** |
| 2.3 | **Amur Equipment Finance, Inc.**<br>**308 Locust Street**<br>**Grand Island, NE 68801** | **Lease of various medical equipment** |
| 2.4 | **Gulf Medical Services, Inc.**<br>**6776 Caroline Street**<br>**Milton, FL 32570** | **Lease between Stephen L. Jernigan and Gulf Medial Services, Inc. for use of office building located at 6776 Caroline Street, Milton, Florida executed on June 1, 2015 with Kenneth Steber** |
| 2.5 | **Gulf Medical Services, Inc.**<br>**3103 N. 12th Avenue**<br>**Pensacola, FL 32503** | **Lease between Stephen L. Jernigan and Gulf Medial Services, Inc. for use of office building located at 3103 N. 12th Avenue, Pensacola, Florida executed on November 1, 2016 with Kenneth Steber** |
| 2.6 | **Hitachi-Tempus**<br>**10170W Tropicana Ave.**<br>**Las Vegas, NV 89147** | **Lease of various medical equipment.** |
| 2.7 | **JM Funding Group**<br>**7955 E. Araphaoe Ct**<br>**Suite 1025**<br>**Centennial, CO 80112** | **Lease of various medical equipment.** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    Stephen L. Jernigan                                    Case number (if known) _____

 **Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| **2.8**  **JM Funding Group**<br>7955 E. Araphaoe Ct<br>Suite 1025<br>Centennial, CO 80112 | Lease of various medical equipment. |
| **2.9**  **Leaf Capital**<br>P.O. Box 742647<br>Cincinnati, OH 45274 | Lease of various medical equipment. |
| **2.10**  **Leaf Capital**<br>P.O. Box 742647<br>Cincinnati, OH 45274 | Lease of various medical equipment. |
| **2.11**  **Main Street**<br>3 Hutton Centre Drive<br>Suite 400<br>Santa Ana, CA 92707 | Lease of various medical equipment. |
| **2.12**  **Main Street**<br>2 Hutton Centre Drive<br>Suite 400<br>Santa Ana, CA 92707 | Lease of various medical equipment. |
| **2.13**  **Navatis Lease Corporation**<br>1719 Route 10 East<br>Suite 206<br>Parsippany, NJ 07054 | Lease of various medical equipment. |
| **2.14**  **Providence Capital Funding**<br>3801 Automation Way<br>Fort Collins, CO 80525 | Lease of various medical equipment. |
| **2.15**  **Providence Capital Funding**<br>3801 Automation Way<br>Fort Collins, CO 80525 | Lease of various medical equipment. |
| **2.16**  **Providence Capital Funding**<br>3020 Saturn St.<br>Brea, CA 92821 | Lease of various medical equipment. |
| **2.17**  **Providence Capital Funding**<br>3020 Saturn St.<br>Brea, CA 92821 | Lease of various medical equipment. |
| **2.18**  **Providence Capital Funding**<br>3020 Saturn St.<br>Brea, CA 92821 | Lease of various medical equipment. |
| **2.19**  **Regions Bank**<br>P.O. Box 830734<br>Birmingham, AL 35283 | **Purchase contract for medical equipment.** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    Stephen L. Jernigan                 Case number *(if known)* _____

## Additional Page if You Have More Contracts or Leases

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.20   **Regions Bank**<br>**P.O. Box 830734**<br>**Birmingham, AL 35283** | **Purchase contract for medical equipment.** |
| 2.21   **Regions Bank**<br>**P.O. Box 830734**<br>**Birmingham, AL 35283** | **Purchase of 2015 Nissan NV.** |
| 2.22   **Regions Bank**<br>**P.O. Box 830734**<br>**Birmingham, AL 35283** | **Purchase of 2016 Nissan Versa.** |
| 2.23   **Regions Bank**<br>**P.O. Box 830734**<br>**Birmingham, AL 35283** | **Purchase of 2014 Nissan.** |
| 2.24   **Regions Bank**<br>**P.O. Box 830734**<br>**Birmingham, AL 35283** | **Purchase of 2014 Nissan.** |
| 2.25   **Regions Bank**<br>**P.O. Box 830734**<br>**Birmingham, AL 35283** | **Purchase of 2012 Nissan.** |
| 2.26   **Regions Bank**<br>**P.O. Box 830734**<br>**Birmingham, AL 35283** | **Puurcase of medical equipment.** |
| 2.27   **Regions Bank**<br>**P.O. Box 830734**<br>**Birmingham, AL 35283** | **Purchase of 2014 Nissan.** |
| 2.28   **Regions Bank**<br>**P.O. Box 830734**<br>**Birmingham, AL 35283** | **Purchase contract for medical equipment.** |
| 2.29   **Regions Bank**<br>**P.O. Box 830734**<br>**Birmingham, AL 35283** | **Purchase contract for medical equipment.** |
| 2.30   **Regions Bank**<br>**P.O. Box 830734**<br>**Birmingham, AL 35283** | **Purchase contract for medical equipment.** |
| 2.31   **Regions Bank**<br>**P.O. Box 830734**<br>**Birmingham, AL 35283** | **Purchase contract for medical equipment.** |
| 2.32   **Regions Bank**<br>**P.O. Box 830734**<br>**Birmingham, AL 35283** | **Purchase contract for medical equipment.** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1    __Stephen L. Jernigan_____    Case number *(if known)* _____

## Additional Page if You Have More Contracts or Leases

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
| --- | --- |
| 2.33    **Royal Bank AM**<br>**550 Township Line Road**<br>**Blue Bell, PA 19422** | **Lease of medical equipment.** |
| 2.34    **Yellowstone Capital, LLC**<br>**One Evertrust Plaza**<br>**Suite 1401**<br>**Jersey City, NJ 07302** | **Lease of medical equipment.** |

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Stephen L. Jernigan** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF FLORIDA, PENSACOLA DIVISION |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

# Official Form 106H
# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| Column 1: **Your codebtor** <br> Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt** <br> Check all schedules that apply: |
|---|---|
| 3.1 **Fay Jernigan** <br> 1886 Schnoor Road <br> Jay, FL 32565 | ■ Schedule D, line __2.11__ <br> ☐ Schedule E/F, line ____ <br> ☐ Schedule G ____ <br> **U.S. Bank National Association, Trustee** |
| 3.2 **Gulf Medical Services, Inc.** <br> 3103 N. 12th Avenue <br> Pensacola, FL 32504 | ☐ Schedule D, line ____ <br> ■ Schedule E/F, line __4.20__ <br> ☐ Schedule G ____ <br> **Regions Bank** |
| 3.3 **Gulf Medical Services, Inc.** <br> 3103 N. 12th Avenue <br> Pensacola, FL 32504 | ☐ Schedule D, line ____ <br> ■ Schedule E/F, line __4.23__ <br> ☐ Schedule G ____ <br> **Regions Bank** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1   **Stephen L. Jernigan**                                    Case number *(if known)*   _____

<table>
<tr><td colspan="2">■ **Additional Page to List More Codebtors**</td></tr>
</table>

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| 3.4   **Gulf Medical Services, Inc.**<br>3103 N. 12th Avenue<br>Pensacola, FL 32504 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.24__<br>☐ Schedule G _____<br>**Regions Bank** |
| 3.5   **Gulf Medical Services, Inc.**<br>3103 N. 12th Avenue<br>Pensacola, FL 32504 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.25__<br>☐ Schedule G _____<br>**Regions Bank** |
| 3.6   **Gulf Medical Services, Inc.**<br>3103 N. 12th Avenue<br>Pensacola, FL 32504 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.26__<br>☐ Schedule G _____<br>**Regions Bank** |
| 3.7   **Gulf Medical Services, Inc.**<br>3103 N. 12th Avenue<br>Pensacola, FL 32504 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.27__<br>☐ Schedule G _____<br>**Regions Bank** |
| 3.8   **Gulf Medical Services, Inc.**<br>3103 N. 12th Avenue<br>Pensacola, FL 32504 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.28__<br>☐ Schedule G _____<br>**Regions Bank** |
| 3.9   **Gulf Medical Services, Inc.**<br>3103 N. 12th Avenue<br>Pensacola, FL 32504 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.29__<br>☐ Schedule G _____<br>**Regions Bank** |
| 3.10  **Gulf Medical Services, Inc.**<br>3103 N. 12th Avenue<br>Pensacola, FL 32504 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.30__<br>☐ Schedule G _____<br>**Regions Bank** |
| 3.11  **Gulf Medical Services, Inc.**<br>3103 N. 12th Avenue<br>Pensacola, FL 32504 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.21__<br>☐ Schedule G _____<br>**Regions Bank** |

Debtor 1  **Stephen L. Jernigan** _____    Case number *(if known)* _____

| **Additional Page to List More Codebtors** |
|---|

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| 3.12  **Gulf Medical Services, Inc.**<br>**3103 N. 12th Avenue**<br>**Pensacola, FL 32504** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.22__<br>☐ Schedule G _____<br>**Regions Bank** |
| 3.13  **Gulf Medical Services, Inc.**<br>**3103 N. 12th Avenue**<br>**Pensacola, FL 32504** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.39__<br>☐ Schedule G _____<br>**Yellowstone Capital, LLC** |
| 3.14  **Gulf Medical Services, Inc.**<br>**3103 N. 12th Avenue**<br>**Pensacola, FL 32504** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.11__<br>☐ Schedule G _____<br>**Key Equipment Finance** |
| 3.15  **Gulf Medical Services, Inc.**<br>**3103 N. 12th Avenue**<br>**Pensacola, FL 32504** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.3__<br>☐ Schedule G _____<br>**Amur Equipment Finance, Inc.** |
| 3.16  **Gulf Medical Services, Inc.**<br>**3103 N. 12th Avenue**<br>**Pensacola, FL 32504** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.38__<br>☐ Schedule G _____<br>**Royal Bank AM** |
| 3.17  **Gulf Medical Services, Inc.**<br>**3103 N. 12th Avenue**<br>**Pensacola, FL 32504** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.8__<br>☐ Schedule G _____<br>**Hitachi Capital America Corp.** |
| 3.18  **Gulf Medical Services, Inc.**<br>**3103 N. 12th Avenue**<br>**Pensacola, FL 32504** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.14__<br>☐ Schedule G _____<br>**Main Street** |
| 3.19  **Gulf Medical Services, Inc.**<br>**3103 N. 12th Avenue**<br>**Pensacola, FL 32504** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.12__<br>☐ Schedule G _____<br>**Leaf Capital Funding, LLC** |

Debtor 1   **Stephen L. Jernigan**                                          Case number *(if known)*  _____

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|

3.20   **Gulf Medical Services, Inc.**
       **3103 N. 12th Avenue**
       **Pensacola, FL 32504**

☐ Schedule D, line _____
■ Schedule E/F, line __4.18__
☐ Schedule G _____
**Providence Capital Funding**

3.21   **Gulf Medical Services, Inc.**
       **3103 N. 12th Avenue**
       **Pensacola, FL 32504**

☐ Schedule D, line _____
■ Schedule E/F, line __4.13__
☐ Schedule G _____
**Leaf Capital Funding, LLC**

3.22   **Gulf Medical Services, Inc.**
       **3103 N. 12th Avenue**
       **Pensacola, FL 32504**

☐ Schedule D, line _____
■ Schedule E/F, line __4.16__
☐ Schedule G _____
**Navatis Lease Corporation**

3.23   **Gulf Medical Services, Inc.**
       **3103 N. 12th Avenue**
       **Pensacola, FL 32504**

☐ Schedule D, line _____
■ Schedule E/F, line __4.4__
☐ Schedule G _____
**Amur Equipment Finance, Inc.**

3.24   **Gulf Medical Services, Inc.**
       **3103 N. 12th Avenue**
       **Pensacola, FL 32504**

☐ Schedule D, line _____
■ Schedule E/F, line __4.19__
☐ Schedule G _____
**Providence Capital Funding**

3.25   **Gulf Medical Services, Inc.**
       **3103 N. 12th Avenue**
       **Pensacola, FL 32504**

☐ Schedule D, line _____
■ Schedule E/F, line __4.32__
☐ Schedule G _____
**Regions Bank**

3.26   **Gulf Medical Services, Inc.**
       **3103 N. 12th Avenue**
       **Pensacola, FL 32504**

☐ Schedule D, line _____
■ Schedule E/F, line __4.2__
☐ Schedule G _____
**Amur Equipment Finace, Inc.**

3.27   **Gulf Medical Services, Inc.**
       **3103 N. 12th Avenue**
       **Pensacola, FL 32504**

☐ Schedule D, line _____
■ Schedule E/F, line __4.9__
☐ Schedule G _____
**JM Funding Group**

| Debtor 1 | **Stephen L. Jernigan** | | Case number *(if known)* | |

| | **Additional Page to List More Codebtors** |

*Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**
Check all schedules that apply:

3.28 **Gulf Medical Services, Inc.**
**3103 N. 12th Avenue**
**Pensacola, FL 32504**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.10**___
☐ Schedule G _____
**JM Funding Group**

3.29 **Gulf Medical Services, Inc.**
**3103 N. 12th Avenue**
**Pensacola, FL 32504**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.31**___
☐ Schedule G _____
**Regions Bank**

3.30 **Gulf Medical Services, Inc.**
**3103 N. 12th Avenue**
**Pensacola, FL 32504**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.15**___
☐ Schedule G _____
**Main Street**

3.31 **Gulf Medical Services, Inc.**
**3103 N. 12th Avenue**
**Pensacola, FL 32504**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.34**___
☐ Schedule G _____
**Regions Bank**

3.32 **Gulf Medical Services, Inc.**
**3103 N. 12th Avenue**
**Pensacola, FL 32504**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.35**___
☐ Schedule G _____
**Regions Bank**

3.33 **Gulf Medical Services, Inc.**
**3103 N. 12th Avenue**
**Pensacola, FL 32504**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.17**___
☐ Schedule G _____
**Pawnee Leasing**

3.34 **Gulf Medical Services, Inc.**
**3103 N. 12th Avenue**
**Pensacola, FL 32504**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.36**___
☐ Schedule G _____
**Regions Bank**

3.35 **Gulf Medical Services, Inc.**
**3103 N. 12th Avenue**
**Pensacola, FL 32504**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.37**___
☐ Schedule G _____
**Regions Bank**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com | | Best Case Bankruptcy

Debtor 1   **Stephen L. Jernigan**                                         Case number *(if known)*

▮ **Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|

3.36   **Gulf Medical Services, Inc.**
         **3103 N. 12th Avenue**
         **Pensacola, FL 32504**

☐ Schedule D, line _____
■ Schedule E/F, line __4.5__
☐ Schedule G _____
**Bank of America Card**

3.37   **Gulf Medical Services, Inc.**
         **3103 N. 12th Avenue**
         **Pensacola, FL 32504**

☐ Schedule D, line _____
■ Schedule E/F, line __4.6__
☐ Schedule G _____
**Capital One**

3.38   **Gulf Medical Services, Inc.**
         **3103 N. 12th Avenue**
         **Pensacola, FL 32504**

☐ Schedule D, line _____
■ Schedule E/F, line __4.7__
☐ Schedule G _____
**Discover**

3.39   **Kenneth Steber**
         **3103 N. 12th Avenue**
         **Pensacola, FL 32504**

☐ Schedule D, line _____
■ Schedule E/F, line __4.29__
☐ Schedule G _____
**Regions Bank**

3.40   **Kenneth Steber**
         **3103 N. 12th Avenue**
         **Pensacola, FL 32504**

☐ Schedule D, line _____
■ Schedule E/F, line __4.39__
☐ Schedule G _____
**Yellowstone Capital, LLC**

3.41   **Kenneth Steber**
         **3103 N. 12th Avenue**
         **Pensacola, FL 32504**

☐ Schedule D, line _____
■ Schedule E/F, line __4.11__
☐ Schedule G _____
**Key Equipment Finance**

3.42   **Kenneth Steber**
         **3103 N. 12th Avenue**
         **Pensacola, FL 32504**

☐ Schedule D, line _____
■ Schedule E/F, line __4.3__
☐ Schedule G _____
**Amur Equipment Finance, Inc.**

3.43   **Kenneth Steber**
         **3101 N. 12th Avenue**
         **Pensacola, FL 32504**

☐ Schedule D, line _____
■ Schedule E/F, line __4.38__
☐ Schedule G _____
**Royal Bank AM**

Debtor 1   **Stephen L. Jernigan**                                          Case number *(if known)* _____

| **Additional Page to List More Codebtors** |
|---|

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
| | Check all schedules that apply: |

3.44   **Kenneth Steber**
       **3101 N. 12th Avenue**
       **Pensacola, FL 32504**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.8___
☐ Schedule G _____
**Hitachi Capital America Corp.**

3.45   **Kenneth Steber**
       **3103 N. 12th Avenue**
       **Pensacola, FL 32504**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.14___
☐ Schedule G _____
**Main Street**

3.46   **Kenneth Steber**
       **3103 N. 12th Avenue**
       **Pensacola, FL 32504**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.12___
☐ Schedule G _____
**Leaf Capital Funding, LLC**

3.47   **Kenneth Steber**
       **3103 N. 12th Avenue**
       **Pensacola, FL 32504**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.18___
☐ Schedule G _____
**Providence Capital Funding**

3.48   **Kenneth Steber**
       **3103 N. 12th Avenue**
       **Pensacola, FL 32504**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.13___
☐ Schedule G _____
**Leaf Capital Funding, LLC**

3.49   **Kenneth Steber**
       **3103 N. 12th Avenue**
       **Pensacola, FL 32504**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.16___
☐ Schedule G _____
**Navatis Lease Corporation**

3.50   **Kenneth Steber**
       **3103 N. 12th Avenue**
       **Pensacola, FL 32504**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.4___
☐ Schedule G _____
**Amur Equipment Finance, Inc.**

3.51   **Kenneth Steber**
       **3103 N. 12th Avenue**
       **Pensacola, FL 32504**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.19___
☐ Schedule G _____
**Providence Capital Funding**

Debtor 1   **Stephen L. Jernigan**                                    Case number *(if known)*   _____

| | | |
|---|---|---|

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
|---|---|
| | Check all schedules that apply: |
| 3.52 **Kenneth Steber**<br>**3103 N. 12th Avenue**<br>**Pensacola, FL 32504** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.2___<br>☐ Schedule G _____<br>**Amur Equipment Finace, Inc.** |
| 3.53 **Kenneth Steber**<br>**3103 N. 12th Avenue**<br>**Pensacola, FL 32504** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.9___<br>☐ Schedule G _____<br>**JM Funding Group** |
| 3.54 **Kenneth Steber**<br>**3103 N. 12th Avenue**<br>**Pensacola, FL 32504** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.10___<br>☐ Schedule G _____<br>**JM Funding Group** |
| 3.55 **Kenneth Steber**<br>**3103 N. 12th Avenue**<br>**Pensacola, FL 32504** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.15___<br>☐ Schedule G _____<br>**Main Street** |
| 3.56 **Kenneth Steber**<br>**3103 N. 12th Avenue**<br>**Pensacola, FL 32504** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.17___<br>☐ Schedule G _____<br>**Pawnee Leasing** |
| 3.57 **Kenneth Steber**<br>**3103 N. 12th Avenue**<br>**Pensacola, FL 32504** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.36___<br>☐ Schedule G _____<br>**Regions Bank** |
| 3.58 **Kenneth Steber**<br>**3103 N. 12th Avenue**<br>**Pensacola, FL 32504** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.37___<br>☐ Schedule G _____<br>**Regions Bank** |
| 3.59 **Lora Jernigan (deceased)** | ■ Schedule D, line ___2.1___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Bank of America** |

Debtor 1  **Stephen L. Jernigan**                                    Case number *(if known)* _____

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|

3.60  **Lora Jernigan (deceased)**

■ Schedule D, line __2.7__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Mr. Cooper**

3.61  **Lora Jernigan (deceased)**

■ Schedule D, line __2.8__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Mr. Cooper**

3.62  **Lora Jernigan (deceased)**

■ Schedule D, line __2.2__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Bank of America**

3.63  **Lora Jernigan (deceased)**

■ Schedule D, line __2.5__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Harvester's Federal Credit Union**

3.64  **Lora Jernigan (deceased)**

■ Schedule D, line __2.4__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Bayview Loan Servicing, LLC**

3.65  **Lora Jernigan (deceased)**

■ Schedule D, line __2.11__
☐ Schedule E/F, line _____
☐ Schedule G _____
**U.S. Bank National Association, Trustee**

3.66  **Richard Roberts**

☐ Schedule D, line _____
■ Schedule E/F, line __4.12__
☐ Schedule G _____
**Leaf Capital Funding, LLC**

3.67  **Gulf Medical Services, Inc.**
**3103 N. 12th Avenue**
**Pensacola, FL 32504**

☐ Schedule D, line _____
☐ Schedule E/F, line _____
■ Schedule G __2.33__
**Royal Bank AM**

Debtor 1  **Stephen L. Jernigan**                                 Case number *(if known)*  _____

| Additional Page to List More Codebtors |

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|

3.68  **Gulf Medical Services, Inc.**
      **3103 N. 12th Avenue**
      **Pensacola, FL 32504**

☐ Schedule D, line _____
☐ Schedule E/F, line _____
■ Schedule G ___2.6___
**Hitachi-Tempus**

---

3.69  **Gulf Medical Services, Inc.**
      **3103 N. 12th Avenue**
      **Pensacola, FL 32504**

☐ Schedule D, line _____
☐ Schedule E/F, line _____
■ Schedule G ___2.14___
**Pawnee/Providence**

---

3.70  **Gulf Medical Services, Inc.**
      **3103 N. 12th Avenue**
      **Pensacola, FL 32504**

☐ Schedule D, line _____
☐ Schedule E/F, line _____
■ Schedule G ___2.11___
**Main Street**

---

3.71  **Gulf Medical Services, Inc.**
      **3103 N. 12th Avenue**
      **Pensacola, FL 32504**

☐ Schedule D, line _____
☐ Schedule E/F, line _____
■ Schedule G ___2.15___
**Pawnee/Providence**

---

3.72  **Gulf Medical Services, Inc.**
      **3103 N. 12th Avenue**
      **Pensacola, FL 32504**

☐ Schedule D, line _____
☐ Schedule E/F, line _____
■ Schedule G ___2.12___
**Main Street**

---

3.73  **Gulf Medical Services, Inc.**
      **3103 N. 12th Avenue**
      **Pensacola, FL 32504**

☐ Schedule D, line _____
☐ Schedule E/F, line _____
■ Schedule G ___2.9___
**Leaf Capital**

---

3.74  **Gulf Medical Services, Inc.**
      **3103 N. 12th Avenue**
      **Pensacola, FL 32504**

☐ Schedule D, line _____
☐ Schedule E/F, line _____
■ Schedule G ___2.10___
**Leaf Capital**

---

3.75  **Gulf Medical Services, Inc.**
      **3103 N. 12th Avenue**
      **Pensacola, FL 32504**

☐ Schedule D, line _____
☐ Schedule E/F, line _____
■ Schedule G ___2.19___
**Regions Bank**

Debtor 1  **Stephen L. Jernigan**                                      Case number *(if known)*  _____

| **Additional Page to List More Codebtors** |

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |

3.76  **Gulf Medical Services, Inc.**
      **3103 N. 12th Avenue**
      **Pensacola, FL 32504**

☐ Schedule D, line _____
☐ Schedule E/F, line _____
■ Schedule G    **2.20**
**Regions Bank**

3.77  **Gulf Medical Services, Inc.**
      **3103 N. 12th Avenue**
      **Pensacola, FL 32504**

☐ Schedule D, line _____
☐ Schedule E/F, line _____
■ Schedule G    **2.34**
**Yellowstone Capital, LLC**

3.78  **Gulf Medical Services, Inc.**
      **3103 N. 12th Avenue**
      **Pensacola, FL 32504**

☐ Schedule D, line _____
☐ Schedule E/F, line _____
■ Schedule G    **2.7**
**JM Funding Group**

3.79  **Gulf Medical Services, Inc.**
      **3103 N. 12th Avenue**
      **Pensacola, FL 32504**

☐ Schedule D, line _____
☐ Schedule E/F, line _____
■ Schedule G    **2.8**
**JM Funding Group**

3.80  **Gulf Medical Services, Inc.**
      **3103 N. 12th Avenue**
      **Pensacola, FL 32504**

☐ Schedule D, line _____
☐ Schedule E/F, line _____
■ Schedule G    **2.13**
**Navatis Lease Corporation**

3.81  **Gulf Medical Services, Inc.**
      **3103 N. 12th Avenue**
      **Pensacola, FL 32504**

☐ Schedule D, line _____
☐ Schedule E/F, line _____
■ Schedule G    **2.16**
**Providence Capital Funding**

3.82  **Gulf Medical Services, Inc.**
      **3103 N. 12th Avenue**
      **Pensacola, FL 32504**

☐ Schedule D, line _____
☐ Schedule E/F, line _____
■ Schedule G    **2.17**
**Providence Capital Funding**

3.83  **Gulf Medical Services, Inc.**
      **3103 N. 12th Avenue**
      **Pensacola, FL 32504**

☐ Schedule D, line _____
☐ Schedule E/F, line _____
■ Schedule G    **2.18**
**Providence Capital Funding**

Debtor 1  **Stephen L. Jernigan**                                    Case number *(if known)*  _____

| **Additional Page to List More Codebtors** | |
|---|---|
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.84  **Gulf Medical Services, Inc.**
      **3103 N. 12th Avenue**
      **Pensacola, FL 32504**

☐ Schedule D, line _____
☐ Schedule E/F, line _____
■ Schedule G    2.21
**Regions Bank**

---

3.85  **Gulf Medical Services, Inc.**
      **3103 N. 12th Avenue**
      **Pensacola, FL 32504**

☐ Schedule D, line _____
☐ Schedule E/F, line _____
■ Schedule G    2.22
**Regions Bank**

---

3.86  **Gulf Medical Services, Inc.**
      **3103 N. 12th Avenue**
      **Pensacola, FL 32504**

☐ Schedule D, line _____
☐ Schedule E/F, line _____
■ Schedule G    2.23
**Regions Bank**

---

3.87  **Gulf Medical Services, Inc.**
      **3103 N. 12th Avenue**
      **Pensacola, FL 32504**

☐ Schedule D, line _____
☐ Schedule E/F, line _____
■ Schedule G    2.24
**Regions Bank**

---

3.88  **Gulf Medical Services, Inc.**
      **3103 N. 12th Avenue**
      **Pensacola, FL 32504**

☐ Schedule D, line _____
☐ Schedule E/F, line _____
■ Schedule G    2.25
**Regions Bank**

---

3.89  **Gulf Medical Services, Inc.**
      **3103 N. 12th Avenue**
      **Pensacola, FL 32504**

☐ Schedule D, line _____
☐ Schedule E/F, line _____
■ Schedule G    2.26
**Regions Bank**

---

3.90  **Gulf Medical Services, Inc.**
      **3103 N. 12th Avenue**
      **Pensacola, FL 32504**

☐ Schedule D, line _____
☐ Schedule E/F, line _____
■ Schedule G    2.27
**Regions Bank**

---

3.91  **Gulf Medical Services, Inc.**
      **3103 N. 12th Avenue**
      **Pensacola, FL 32504**

☐ Schedule D, line _____
☐ Schedule E/F, line _____
■ Schedule G    2.28
**Regions Bank**

---

Debtor 1    **Stephen L. Jernigan**                                    Case number *(if known)* _____

▮ **Additional Page to List More Codebtors**

| *Column 1:* Your codebtor | *Column 2:* The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| 3.92  **Gulf Medical Services, Inc.**<br>3103 N. 12th Avenue<br>Pensacola, FL 32504 | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>■ Schedule G ___2.30___<br>**Regions Bank** |
| 3.93  **Gulf Medical Services, Inc.**<br>3103 N. 12th Avenue<br>Pensacola, FL 32504 | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>■ Schedule G ___2.29___<br>**Regions Bank** |
| 3.94  **Gulf Medical Services, Inc.**<br>3103 N. 12th Avenue<br>Pensacola, FL 32504 | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>■ Schedule G ___2.31___<br>**Regions Bank** |
| 3.95  **Gulf Medical Services, Inc.**<br>3103 N. 12th Avenue<br>Pensacola, FL 32504 | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>■ Schedule G ___2.32___<br>**Regions Bank** |
| 3.96  **Gulf Medical Services, Inc.**<br>3103 N. 12th Avenue<br>Pensacola, FL 32504 | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>■ Schedule G ___2.2___<br>**Amur Equipment Finance, Inc.** |
| 3.97  **Gulf Medical Services, Inc.**<br>3103 N. 12th Avenue<br>Pensacola, FL 32504 | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>■ Schedule G ___2.3___<br>**Amur Equipment Finance, Inc.** |
| 3.98  **Gulf Medical Services, Inc.**<br>3103 N. 12th Avenue<br>Pensacola, FL 32504 | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>■ Schedule G ___2.1___<br>**Amur Equipment Finace, Inc.** |
| 3.99  **Kenneth Steber**<br>3103 N. 12th Avenue<br>Pensacola, FL 32504 | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>■ Schedule G ___2.33___<br>**Royal Bank AM** |

Schedule H: Your Codebtors

Debtor 1  __Stephen L. Jernigan__ _____      Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| 3.10<br>0 | **Kenneth Steber**<br>**3103 N. 12th Avenue**<br>**Pensacola, FL 32504** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>■ Schedule G ___2.6___<br>**Hitachi-Tempus** |
| 3.10<br>1 | **Kenneth Steber**<br>**3103 N. 12th Avenue**<br>**Pensacola, FL 32504** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>■ Schedule G ___2.14___<br>**Pawnee/Providence** |
| 3.10<br>2 | **Kenneth Steber**<br>**3103 N. 12th Avenue**<br>**Pensacola, FL 32504** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>■ Schedule G ___2.11___<br>**Main Street** |
| 3.10<br>3 | **Kenneth Steber**<br>**3103 N. 12th Avenue**<br>**Pensacola, FL 32504** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>■ Schedule G ___2.15___<br>**Pawnee/Providence** |
| 3.10<br>4 | **Kenneth Steber**<br>**3103 N. 12th Avenue**<br>**Pensacola, FL 32504** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>■ Schedule G ___2.12___<br>**Main Street** |
| 3.10<br>5 | **Kenneth Steber**<br>**3103 N. 12th Avenue**<br>**Pensacola, FL 32504** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>■ Schedule G ___2.9___<br>**Leaf Capital** |
| 3.10<br>6 | **Kenneth Steber**<br>**3103 N. 12th Avenue**<br>**Pensacola, FL 32504** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>■ Schedule G ___2.10___<br>**Leaf Capital** |
| 3.10<br>7 | **Kenneth Steber**<br>**3103 N. 12th Avenue**<br>**Pensacola, FL 32504** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>■ Schedule G ___2.34___<br>**Yellowstone Capital, LLC** |

Debtor 1 __Stephen L. Jernigan__

Case number *(if known)* _____

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| 3.10<br>8 | **Kenneth Steber**<br>3103 N. 12th Avenue<br>Pensacola, FL 32504 | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>■ Schedule G ___2.7___<br>**JM Funding Group** |
| 3.10<br>9 | **Kenneth Steber**<br>3103 N. 12th Avenue<br>Pensacola, FL 32504 | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>■ Schedule G ___2.8___<br>**JM Funding Group** |
| 3.11<br>0 | **Kenneth Steber**<br>3103 N. 12th Avenue<br>Pensacola, FL 32504 | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>■ Schedule G ___2.13___<br>**Navatis Lease Corporation** |
| 3.11<br>1 | **Kenneth Steber**<br>3101 N. 12th Avenue<br>Pensacola, FL 32504 | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>■ Schedule G ___2.16___<br>**Providence Capital Funding** |
| 3.11<br>2 | **Kenneth Steber**<br>3103 N. 12th Avenue<br>Pensacola, FL 32504 | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>■ Schedule G ___2.17___<br>**Providence Capital Funding** |
| 3.11<br>3 | **Kenneth Steber**<br>3103 N. 12th Avenue<br>Pensacola, FL 32504 | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>■ Schedule G ___2.18___<br>**Providence Capital Funding** |
| 3.11<br>4 | **Kenneth Steber**<br>3103 N. 12th Avenue<br>Pensacola, FL 32504 | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>■ Schedule G ___2.2___<br>**Amur Equipment Finance, Inc.** |
| 3.11<br>5 | **Kenneth Steber**<br>3103 N. 12th Avenue<br>Pensacola, FL 32504 | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>■ Schedule G ___2.3___<br>**Amur Equipment Finance, Inc.** |

Debtor 1   **Stephen L. Jernigan**                                          Case number *(if known)*   _____

| | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: Your codebtor | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.116   **Kenneth Steber**<br>**3103 N. 12th Avenue**<br>**Pensacola, FL 32504** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>■ Schedule G   **2.1**<br>**Amur Equipment Finace, Inc.** |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Stephen L. Jernigan** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF FLORIDA, PENSACOLA DIVISION |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income                                     12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ■ Employed<br>☐ Not employed | ☐ Employed<br>■ Not employed |
| Occupation | | **Consultant** | |
| Employer's name | | **Gulf Medical Services, Inc.** | |
| Employer's address | | 3103 N. 12th Avenue<br>Pensacola, FL 32503 | |
| How long employed there? | | 1 year | |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2.  $  7,994.00 | $  0.00 |
| 3. | Estimate and list monthly overtime pay. | 3. +$  0.00 | +$  0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | 4.  $  7,994.00 | $  0.00 |

Debtor 1  **Stephen L. Jernigan**                                          Case number *(if known)* _____

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
|  | Copy line 4 here | 4. | $ 7,994.00 | $ 0.00 |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ 0.00 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| 5e. | Insurance | 5e. | $ 0.00 | $ 0.00 |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. | Union dues | 5g. | $ 0.00 | $ 0.00 |
| 5h. | Other deductions. Specify: _____ | 5h.+ | $ 0.00 + | $ 0.00 |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.    $ 0.00    $ 0.00

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.    $ 7,994.00    $ 0.00

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | Net income from rental property and from operating a business, profession, or farm<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 9,000.00 | $ 0.00 |
| 8b. | Interest and dividends | 8b. | $ 0.00 | $ 0.00 |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | Unemployment compensation | 8d. | $ 0.00 | $ 0.00 |
| 8e. | Social Security | 8e. | $ 0.00 | $ 850.00 |
| 8f. | Other government assistance that you regularly receive<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| 8g. | Pension or retirement income | 8g. | $ 0.00 | $ 0.00 |
| 8h. | Other monthly income. Specify: _____ | 8h.+ | $ 0.00 + | $ 0.00 |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.    $ 9,000.00    $ 850.00

10. **Calculate monthly income.** Add line 7 + line 9.    10.    $ 16,994.00 + $ 850.00 = $ 17,844.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____    11.    + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data*, if it applies    12.    $ 17,844.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
- ■ No.
- ☐ Yes. Explain: _____

<table>
<tr><td colspan="2">Fill in this information to identify your case:</td></tr>
<tr><td>Debtor 1</td><td>Stephen L. Jernigan</td></tr>
<tr><td>Debtor 2<br>(Spouse, if filing)</td><td></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>NORTHERN DISTRICT OF FLORIDA,<br>PENSACOLA DIVISION</td></tr>
<tr><td>Case number<br>(If known)</td><td></td></tr>
</table>

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1.  **Is this a joint case?**

    ■ No. Go to line 2.
    ☐ Yes. Does Debtor 2 live in a separate household?

        ☐ No
        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**    ☐ No

    Do not list Debtor 1 and Debtor 2.

    ■ Yes. Fill out this information for each dependent...............

    Do not state the dependents names.

    | | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
    |---|---|---|---|
    | | Wife | 70 | ☐ No  ■ Yes |
    | | | | ☐ No  ☐ Yes |
    | | | | ☐ No  ☐ Yes |
    | | | | ☐ No  ☐ Yes |
    | | | | ☐ No  ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No  ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ 0.00 |
| | If not included in line 4: | |
| 4a. | Real estate taxes | 4a. $ 250.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 415.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 500.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. $ 0.00 |

Debtor 1  **Stephen L. Jernigan**          Case number (if known)

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. $ | 800.00 |
| | 6b. Water, sewer, garbage collection | 6b. $ | 100.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 300.00 |
| | 6d. Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | 7. $ | 2,000.00 |
| 8. | **Childcare and children's education costs** | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | 200.00 |
| 10. | **Personal care products and services** | 10. $ | 300.00 |
| 11. | **Medical and dental expenses** | 11. $ | 500.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | 600.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | 800.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. $ | 0.00 |
| | 15b. Health insurance | 15b. $ | 300.00 |
| | 15c. Vehicle insurance | 15c. $ | 500.00 |
| | 15d. Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. $ | 1,500.00 |
| | 17b. Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. Other. Specify: RV Loan | 17c. $ | 864.00 |
| | 17d. Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** Schedule I, Your Income (Official Form 106I). | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** Schedule I: Your Income. | | |
| | 20a. Mortgages on other property | 20a. $ | 0.00 |
| | 20b. Real estate taxes | 20b. $ | 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | 21. +$ | 0.00 |

22. **Calculate your monthly expenses**
22a. Add lines 4 through 21.    $ 9,929.00
22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2   $
22c. Add line 22a and 22b. The result is your monthly expenses.   $ 9,929.00

23. **Calculate your monthly net income.**
23a. Copy line 12 (your combined monthly income) from Schedule I.   23a. $ 17,844.00
23b. Copy your monthly expenses from line 22c above.   23b. -$ 9,929.00
23c. Subtract your monthly expenses from your monthly income. The result is your monthly net income.   23c. $ 7,915.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
■ No.
☐ Yes.   Explain here:

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Stephen L. Jernigan** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF FLORIDA, PENSACOLA DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____    X _____
Stephen L. Jernigan                                         Signature of Debtor 2
Signature of Debtor 1

Date  11/21/2018 _____         Date _____

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Stephen L. Jernigan** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF FLORIDA, PENSACOLA DIVISION | | |
| Case number (if known) | | | |

☐ Check if this is an
amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy
**4/16**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

1.    **What is your current marital status?**

■ Married
☐ Not married

2.    **During the last 3 years, have you lived anywhere other than where you live now?**

☐ No
■ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **5832 Moors Oaks Road Milton, FL 32561** | From-To: **2-2007 to 2-2017** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |

3.    **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2    Explain the Sources of Your Income**

4.    **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | ■ Wages, commissions, bonuses, tips | **$62,966.00** | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

Debtor 1   **Stephen L. Jernigan**                                                    Case number *(if known)* _____

| | Debtor 1 Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Debtor 2 Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
|---|---|---|---|---|
| For last calendar year: (January 1 to December 31, 2017 ) | ■ Wages, commissions, bonuses, tips □ Operating a business | $344,178.00 | □ Wages, commissions, bonuses, tips □ Operating a business | |
| For the calendar year before that: (January 1 to December 31, 2016 ) | ■ Wages, commissions, bonuses, tips □ Operating a business | $290,669.00 | □ Wages, commissions, bonuses, tips □ Operating a business | |

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

    □  No
    ■  Yes. Fill in the details.

| | Debtor 1 Sources of income Describe below. | Gross income from each source (before deductions and exclusions) | Debtor 2 Sources of income Describe below. | Gross income (before deductions and exclusions) |
|---|---|---|---|---|
| From January 1 of current year until the date you filed for bankruptcy: | Rental Income | $99,000.00 | | |
| For last calendar year: (January 1 to December 31, 2017 ) | Rental Income | $108,000.00 | | |
| For the calendar year before that: (January 1 to December 31, 2016 ) | Rental Income | $108,000.00 | | |

**Part 3:   List Certain Payments You Made Before You Filed for Bankruptcy**

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
    ■  **No.**   Neither Debtor 1 nor Debtor 2 has primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?
    ■  **No.**   Go to line 7.
    □  **Yes**   List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
        * Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

    □  **Yes. Debtor 1 or Debtor 2 or both have primarily consumer debts.**
    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

    □  **No.**   Go to line 7.
    □  **Yes**   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor 1    **Stephen L. Jernigan**                                        Case number *(if known)*  _____

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
    *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

    ■ No
    ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
    Include payments on debts guaranteed or cosigned by an insider.

    ■ No
    ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ☐ No
    ■ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Pawnee Leasing Corporation vs. Stephen L. Jernigan and Kenneth Steber 2018 CA 000774 | Contract | Escambia County 190 Governmental Center Pensacola, FL 32502 | ■ Pending ☐ On appeal ☐ Concluded |
| USA Bank National Association, As Trustee for GSR Mortgage Loan Trust 2006-6F, Mortgage Pass-Through-Certificates, Series 2006-6F versus Stephen L. Jernigan a/k/a Stephen Jernigan 2018-538-CA | Contract | Santa Rosa County P.O. Box 472 Milton, FL 32572 | ■ Pending ☐ On appeal ☐ Concluded |
| Leaf Capital Funding, LLC versus Stephen L. Jernigan, Kenneth Steber and Richard Roberts 2018 CA 000411 | Contract | Santa Rosa County P.O. Box 472 Milton, FL 32572 | ☐ Pending ☐ On appeal ■ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ■ No. Go to line 11.
    ☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property Explain what happened | Date | Value of the property |
|---|---|---|---|

Official Form 107                    Statement of Financial Affairs for Individuals Filing for Bankruptcy                    page 3

Debtor 1    **Stephen L. Jernigan**                                    Case number *(if known)*

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No
☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift and Address: | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| Charity's Name | | | |
| Address (Number, Street, City, State and ZIP Code) | | | |

| Part 6: | List Certain Losses |
|---|---|

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss | Date of your loss | Value of property lost |
|---|---|---|---|
| | Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | | |

| Part 7: | List Certain Payments or Transfers |
|---|---|

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid Address Email or website address Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Stichter, Riedel, Blain & Postler, P.A. 41 N. Jefferson St., Suite 111 Pensacola, FL 32502 jdubose@srbp.com | | 06/28/2018 | $15,000.00 |

Debtor 1  **Stephen L. Jernigan**                                    Case number *(if known)* _____

---

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer Address | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Person's relationship to you** | | | |
| Fay W. Jernigan<br>1886 Schnoor Road<br>Jay, FL 32565<br><br>Spouse | 1886 Schnoor Road, Jay, Florida | None | 02/28/2017 |
| Fay W. Jernigan<br>1886 Schnoor Road<br>Jay, FL 32565<br><br>Spouse | 5832 Moors Oaks Drive, Milton, Florida 36526 | None | 02/28/2017 |
| Fay W. Jernigan<br>1886 Schnoor Road<br>Jay, FL 32565<br><br>Spouse | 6776 Caroline Street, Milton, Florida | None | 02/28/2017 |
| Fay W. Jernigan<br>1886 Schnoor Road<br>Jay, FL 32565<br><br>Spouse | 3103 N. 12th Avenue, Pensacola, FL | None | 02/28/2017 |
| Fay W. Jernigan<br>1886 Schnoor Road<br>Jay, FL 32565<br><br>Spouse | 23727 2nd Street, Montrose, Alabama | None | 02/28/2017 |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called *asset-protection devices*.)**

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

---

Debtor 1   Stephen L. Jernigan                                          Case number *(if known)*   _____

---

**Part 8:**   List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
    Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

    ■ **No**
    ☐ **Yes. Fill in the details.**

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

    ■ **No**
    ☐ **Yes. Fill in the details.**

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

    ■ **No**
    ☐ **Yes. Fill in the details.**

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

---

**Part 9:**   Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

    ■ **No**
    ☐ **Yes.  Fill in the details.**

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

---

**Part 10:**   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

    ■ **No**
    ☐ **Yes. Fill in the details.**

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

---

Debtor 1  **Stephen L. Jernigan**                                          Case number (*if known*) _____

25. **Have you notified any governmental unit of any release of hazardous material?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site | Governmental unit | Environmental law, if you | Date of notice |
|---|---|---|---|
| Address (Number, Street, City, State and ZIP Code) | Address (Number, Street, City, State and ZIP Code) | know it | |

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ **No**
☐ **Yes. Fill in the details.**

| Case Title | Court or agency | Nature of the case | Status of the |
|---|---|---|---|
| Case Number | Name | | case |
| | Address (Number, Street, City, State and ZIP Code) | | |

**Part 11:  Give Details About Your Business or Connections to Any Business**

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

■ An officer, director, or managing executive of a corporation

■ An owner of at least 5% of the voting or equity securities of a corporation

☐ **No. None of the above applies. Go to Part 12.**

■ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name | Describe the nature of the business | Employer Identification number |
|---|---|---|
| Address | | Do not include Social Security number or ITIN. |
| (Number, Street, City, State and ZIP Code) | Name of accountant or bookkeeper | |
| | | Dates business existed |
| **Gulf Medical Serivces, Inc.** | **Medical equipment and supplies.** | EIN:    **59-2849613** |
| **3103 N. 12th Avenue** | | |
| **Pensacola, FL 32503** | **Jill Sport** | From-To  **6/12/1987- present** |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■ **No**
☐ **Yes. Fill in the details below.**

| Name | Date Issued |
|---|---|
| Address | |
| (Number, Street, City, State and ZIP Code) | |

Debtor 1 __Stephen L. Jernigan_____     Case number *(if known)* _____

---

**Part 12:** **Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| _____ | _____ |
| Stephen L. Jernigan | Signature of Debtor 2 |
| **Signature of Debtor 1** | |

Date __11/21/2018_____     Date _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**
■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

<table>
<tr><td colspan="2">Fill in this information to identify your case:</td></tr>
<tr><td>Debtor 1</td><td>Stephen L. Jernigan</td></tr>
<tr><td>Debtor 2<br>(Spouse, if filing)</td><td></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Northern District of Florida,<br>Pensacola Division</td></tr>
<tr><td>Case number<br>(if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 122B
## Chapter 11 Statement of Your Current Monthly Income
12/15

You must file this form if you are an individual and are filing for bankruptcy under Chapter 11. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On top of any additional pages, write your name and case number (if known).

**Part 1:    Calculate Your Current Monthly Income**

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married**. Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ■ **Married and your spouse is NOT filing with you.** Fill out Column A, lines 2-11.

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 7,994.00 | $ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 100.00 | $ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | | Debtor 2 | | | |
|---|---|---|---|---|---|---|
| Gross receipts (before all deductions) | | $ | 0.00 | | | |
| Ordinary and necessary operating expenses | | -$ | 0.00 | | | |
| Net monthly income from a business, profession, or farm | $ | 0.00 | Copy here -> $ | 0.00 | $ | |

6. **Net income from rental and other real property**

| | Debtor 1 | | Debtor 2 | | | |
|---|---|---|---|---|---|---|
| Gross receipts (before all deductions) | | $ | 9,000.00 | | | |
| Ordinary and necessary operating expenses | | -$ | 0.00 | | | |
| Net monthly income from rental or other real property | $ | 9,000.00 | Copy here -> $ | 9,000.00 | $ | |

Debtor 1    **Stephen L. Jernigan**                                                Case number *(if known)*

|   | | Column A<br>Debtor 1 | Column B<br>Debtor 2 |
|---|---|---|---|

7.  **Interest, dividends, and royalties**                                    $ ___0.00___    $ _____

8.  **Unemployment compensation**                                              $ ___0.00___    $ _____

   Do not enter the amount if you contend that the amount received was a benefit under
   the Social Security Act. Instead, list it here:

   For you ......................................................... $ ___0.00___

   For your spouse ....................................... $ _____

9.  **Pension or retirement income.** Do not include any amount received that was a
    benefit under the Social Security Act.                                     $ ___0.00___    $ _____

10. **Income from all other sources not listed above.** Specify the source and amount.
    Do not include any benefits received under the Social Security Act or payments
    received as a victim of a war crime, a crime against humanity, or international or
    domestic terrorism.

    If necessary, list other sources on a separate page and put the total below.

    _____    $ _____    $ _____

    _____    $ ___0.00___    $ _____

                          Total amounts from separate pages, if any.   + $ ___0.00___    $ _____

11. **Calculate your total current monthly income.**
    Add lines 2 through 10 for each column.                        $ __17,094.00__   + $ _____   = $ __17,094.00__
    Then add the total for Column A to the total for Column B.

Debtor 1 **Stephen L. Jernigan**                                    Case number (*if known*) _____

---

| Part 2: | Sign Below |
|---------|------------|

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

X _____
**Stephen L. Jernigan**
Signature of Debtor 1

Date _____
MM / DD / YYYY

---

**United States Bankruptcy Court**
**Northern District of Florida, Pensacola Division**

In re   **Stephen L. Jernigan**                                     Case No.
                                              Debtor(s)          Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

_____
Name

11 / 21 / 2018
Date

American Express
P.O. Box 650448
Dallas, TX 75265

Amur Equipment Finace, Inc.
308 N. Locust Street
Grand Island, NE 68801

Amur Equipment Finance, Inc.
P.O. Box 2555
Grand Island, NE 68801

Amur Equipment Finance, Inc.
308 Locust Street
Grand Island, NE 68801

Bank of America
P.O. Box 31785
Tampa, FL 33631

Bank of America
P.O. Box 31785
Tampa, FL 33631

Bank of America Card
P.O. Box 692234
El Paso, TX 79998

Bayview Loan Servicing, LLC
P.O. Box 650091
Dallas, TX 75265

Capital One
P.O. Box 71087
Charlotte, NC 28272

Discover
P.O. Box 71084
Charlotte, NC 28272-1084

Harvester's Federal Credit Union
P.O. Box 5
Cantonment, FL 32533

Hitachi Capital America Corp.
P.O. Box 15667
Minneapolis, MN 55415

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

JM Funding Group
7955 E. Araphaoe Ct
Suite 1025
Centennial, CO 80112

JM Funding Group
7955 E. Araphaoe Ct
Suite 1025 ·
Centennial, CO 80112

Key Equipment Finance
1000 S. McCaslin Blvd.
Superior, CO 80027

Kubota Credit Corporation
P.O. Box 05559
Carol Stream, IL 60132

Leaf Capital Funding, LLC
P.O. Box 742647
Cincinnati, OH 45274

Leaf Capital Funding, LLC
P.O. Box 742647
Cincinnati, OH 45274

Main Street
3 Hutton Centre Drive
Suite 400
Santa Ana, CA 92707

Main Street
3 Hutton Centre Drive
Suite 400
Santa Ana, CA 92707

Mr. Cooper
P.O. Box 650783
Dallas, TX 75265

Mr. Cooper
8950 Cypress Waters Blvd.
Coppell, TX 75019

Navatis Lease Corporation
1719 Route 10 East
Suite 206
Parsippany, NJ 07054

Pawnee Leasing
3801 Automation Way, Suite 207
Fort Collins, CO 80525

PNC Bank
P.O. Box 489909
Charlotte, NC 28269

Providence Capital Funding
3020 Saturn St.
Brea, CA 92821

Providence Capital Funding
3020 Saturn St.
Brea, CA 92821

Regions Bank
P.O. Box 830734
Birmingham, AL 35283

Regions Bank
P.O. Box 830734
Birmingham, AL 35283

Regions Bank
P.O. Box 830734
Birmingham, AL 35283

Regions Bank
P.O. Box 830734
Birmingham, AL 35283

Regions Bank
P.O. Box 830734
Birmingham, AL 35283

Regions Bank
P.O. Box 830734
Birmingham, AL 35283

Regions Bank
P.O. Box 830734
Birmingham, AL 35283

Regions Bank
P.O. Box 830734
Birmingham, AL 35283

Regions Bank
P.O. Box 830734
Birmingham, AL 35283

Regions Bank
P.O. Box 830734
Birmingham, AL 35283

Regions Bank
P.O. Box 830734
Birmingham, AL 35283

Regions Bank
P.O. Box 830734
Birmingham, AL 35283

Regions Bank
P.O. Box 830734
Birmingham, AL 35283

Regions Bank
P.O. Box 830734
Birmingham, AL 35283

Regions Bank
P.O. Box 1987
Birmingham, AL 35201

Regions Bank
P.O. Box 830734
Birmingham, AL 35283

Regions Bank
P.O. Box 830734
Birmingham, AL 35283

Regions Bank
P.O. Box 830734
Birmingham, AL 35283

Regions Bank
P.O. Box 830734
Birmingham, AL 35283

Royal Bank AM
550 Township Line Road
Blue Bell, PA 19422

U.S. Bank National Association, Trustee
425 Walnut Street
Cincinnati, OH 45202

Yellowstone Capital, LLC
One Evertrust Plaza
Suite 1401
Jersey City, NJ 07302